IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-00810-WYD-MJW

DANIEL JAMES VIGIL,

Plaintiff,

v.

BLAKE McCLELLAN, et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the ***Motion:  For Reconsideration of Plaintiffs "Motion":  90 DAY Extension on Scheduling/Planning Conference as set forth"*** [sic], DN 49, filed with the Court on September 14, 2009, is GRANTED.  The Court will VACATE the scheduling conference set on October 5, 2009, set at 9:30 a.m., and RESET same on November 17, 2009, at 9:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.  The Plaintiff shall appear telephonically at the conference. The plaintiff's case manager/inmate coordinator shall make the appropriate arrangements to ensure the availability of the plaintiff for the conference set on November 17, 2009, at 9:00 a.m.  The Court's telephone number is (303) 844-2403.

It is FURTHER ORDERED that the parties shall comply with all other provisions contained in the Order Setting Scheduling/Planning Conference filed on July 15, 2009, with all deadlines set therein to be determined based upon the new date for the Rule 16 Conference.

Date:  September 16, 2009