IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-00810-WYD-MJW

DANIEL JAMES VIGIL,

Plaintiff,

v.

BLAKE  McCLELLAN, et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants shall have up to and including October 13, 2009, in which to file their response to the Pro Se Incarcerated Plaintiff's Motion Requesting to Enter 33 Excessive Force-Assault Injury Photos Into Civil Action No. 09-cv-00WYD-MJW (Un-Sealed) [sic] (docket no. 52).

Date:  September 29, 2009