IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-00810-WYD-MJW

DANIEL JAMES VIGIL,

Plaintiff,

v.

BLAKE  McCLELLAN, et al.,

Defendants.

**MINUTE ORDER**

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the pro se plaintiff's Motion Requesting to Enter 33 Excessive Force- Assault, Injury Photos (Docket No. 52) is granted to the extent that the court will hold these photographs in the court's file as Docket No. 52.  By granting this motion, this court is not characterizing these photos as "Excessive-Force-Assault, Injury Photos," nor is the court admitting them into evidence or ruling on their admissibility, relevancy, etc.  In addition, the court forewarns plaintiff that aside from keeping these photographs in the court's file, the court will not act as a repository for any additional documents or items in this matter.

Date: October 19, 2009