IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-00810-WYD-MJW

DANIEL JAMES VIGIL,

     Plaintiff,

v.

BLAKE McCLELLAN, Mesa County Deputy Sheriff, individual capacity;
CHAD SEARCY, Mesa County Deputy Sheriff, individual capacity;
MIKE ROBERTS, Mesa County Deputy Sheriff, individual capacity;
JOHN BROWNLEE, Mesa County Deputy Sheriff, individual capacity;
MELINDA SCHUBERT, Mesa County Deputy Sheriff, individual capacity; and
JOHN DOE, Mesa County Deputy Sheriff, individual capacity,

     Defendants.

## ORDER OF RECUSAL

     This matter is before me on a review of the file.  My daughter is an associate at the law firm of Faegre & Benson, LLP, counsel for Plaintiff Daniel Vigil.  For this reason, I believe that it would be inappropriate for me to preside over this case.  Accordingly, I should recuse myself.  It is therefore

     ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

     Dated:  October 23, 2009

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge