IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-00810-ZLW-MJW

DANIEL JAMES VIGIL,

Plaintiff,

v.

BLAKE McCLELLAN, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 74) is GRANTED.  The written Protective Order (docket no. 74-2) is APPROVED as amended in paragraph 12 and made an Order of Court.

Date:  December 2, 2009