IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00810-ZLW-MJW

DANIEL JAMES VIGIL,

    Plaintiff,

v.

BLAKE McCLELLAN, Mesa County Deputy Sheriff, individual capacity,
CHAD SEARCY, Mesa County Deputy Sheriff, individual capacity,
MIKE ROBERTS, Mesa County Deputy Sheriff, individual capacity,
JOHN BROWNLEE, Mesa County Deputy Sheriff, individual capacity,
MELINDA SCHUBERT, Mesa County Deputy Sheriff, individual capacity, and
JOHN DOE, Mesa County Deputy Sheriff, individual capacity,

    Defendants.

---

### *PROPOSED* ORDER GRANTING MOTION TO VACATE THE ORDER TO SHOW CAUSE AND HEARING
( Docket No. 80 )

---

Having come before this Court upon the Stipulated Motion to Vacate Order to Show Cause and Hearing, and having reviewed the file in this matter, the Court hereby:

GRANTS the Stipulated Motion to Vacate the Order to Show Cause and Hearing; and

ORDERS, that the hearing set for December 18, 2009 at 3:30 p.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, is hereby VACATED.

Dated this 18th day of December, 2009.

BY THE COURT:

_____
Michael J. Watanabe
United States Magistrate Judge