IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-00810-ZLW-MJW

DANIEL JAMES VIGIL,

Plaintiff,

v.

BLAKE  McCLELLAN, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Stipulated Motion to Vacate Settlement Conference, DN 89, filed with the Court on February 9, 2010, is GRANTED.  The Settlement Conference set on February 16, 2010, at 10:00 a.m., is VACATED and is RESET on March 16, 2010, at 10:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.  Settlement statements shall be submitted on or before March 11, 2010.  All parties and persons with full authority shall be present in person for the settlement conference.

It is FURTHER ORDERED that the Plaintiff's Unopposed Motion for Leave to Permit Daniel J. Vigil to Participate in Settlement Conference by Telephone, DN 91, filed with the Court on February 9, 2010, is MOOT and THEREFORE DENIED.

Date:  February 10, 2010