IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

*U.S. Magistrate Judge Watanabe*

Civil Action No. 09-cv-00810-ZLW-MJW

DANIEL JAMES VIGIL,

    Plaintiff,

v.

BLAKE McCLELLAN, Mesa County Deputy Sheriff, individual capacity,
CHAD SEARCY, Mesa County Deputy Sheriff, individual capacity,
MIKE ROBERTS, Mesa County Deputy Sheriff, individual capacity,
JOHN BROWNLEE, Mesa County Deputy Sheriff, individual capacity,
MELINDA SCHUBERT, Mesa County Deputy Sheriff, individual capacity, and
JOHN DOE, Mesa County Deputy Sheriff, individual capacity,

    Defendants.

## MINUTE ORDER
## GRANTING STIPULATED MOTION TO AMEND
## THE SCHEDULING ORDER (DN 90)

It is hereby ORDERED that the Stipulated Motion to Amend the Scheduling Order, (DN 90), filed with the court on February 9, 2010, is GRANTED. The Scheduling Order shall be amended to include the following amended deadlines and due dates:

| | |
|---|---|
| Expert Witness Disclosures: | 03/15/2010 |
| Rebuttal Expert Witness Disclosures: | 04/15/2010 |
| Close of Discovery: | 05/03/2010 |
| Dispositive Motion Deadline: | 06/14/2010 |
| Final Pretrial Conference (unchanged): | 07/13/2010 at 8:30 a.m. |

Date: February 10, 2010