IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 09-cv-00810-ZLW-MJW

DANIEL JAMES VIGIL,

    Plaintiff,

v.

BLAKE McCLELLAN, Mesa County Deputy Sheriff, individual capacity,
CHAD SEARCY, Mesa County Deputy Sheriff, individual capacity,
MIKE ROBERTS, Mesa County Deputy Sheriff, individual capacity,
JOHN BROWNLEE, Mesa County Deputy Sheriff, individual capacity,
MELINDA SCHUBERT, Mesa County Deputy Sheriff, individual capacity, and
JOHN DOE, Mesa County Deputy Sheriff, individual capacity,

    Defendants.

---

## MINUTE ORDER GRANTING
## PLAINITFF'S UNOPPOSED MOTION FOR LEAVE TO PERMIT DANIEL J. VIGIL TO PARTICIPATE IN SETTLEMENT CONFERENCE BY TELEPHONE

---

    It is hereby ORDERED that the Plaintiffs' Unopposed Motion for Leave to Permit Daniel J. Vigil to Participate in Settlement Conference by Telephone, DN 99, filed with the Court on March 10, 2010, is GRANTED and that Plaintiff Daniel James Vigil is permitted to participate by telephone in the March 16, 2010 Settlement Conference. Plaintiff Vigil shall contact the court by Telephone at (303)844-2403 on March 16, 2010, at 10:00 a.m.

Date: March 11, 2010

---